FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 2 7 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-1733 JCH |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 2113(a) and 2113(d): Armed Bank Robbery; 18 U.S.C. § 2: Aiding and Abetting. |
| | ) | |
| GREG MIERA, | ) | |
| MARTIN HUERTTA, | ) | |
| CHRISTOPHER GALLEGOS, | ) | |
| CHRISTIAN HERRERA, and | ) | |
| ISAIAH GALLEGOS, | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

The Grand Jury charges:

From on or about March 28, 2016 to on or about March 30, 2016, those dates being inclusive, in Bernalillo County, in the District of New Mexico, the defendants, **GREG MIERA, MARTIN HUERTTA, CHRISTOPHER GALLEGOS, CHRISTIAN HERRERA, and ISAIAH GALLEGOS**, by force, violence, and intimidation, did, by the use of a dangerous weapon or device, take from the person and presence of another a sum of money belonging to and in the care, custody, control, management and possession of US Bank, located at 5620 Wyoming Boulevard NE, Albuquerque, New Mexico, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. §§ 2113(a) and 2113(d), and 18 U.S.C. § 2.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

KAB Tuesday, April 26, 2016